# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1600.  SHARON COOPER v. SAM SHEPARD et al.**

Sharon Cooper brought this civil action against five defendants.  The trial court granted judgment on the pleadings to three of the defendants and dismissed Cooper's claims against them with prejudice.  Cooper then filed this direct appeal.  We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment.  In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b).  Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Because it appears that claims remain pending below against two defendants, this appeal is premature and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/16/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.